US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 2 4 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 6:13CR60034-001 |
| | ) 21 U.S.C. § 841(a)(1) |
| ANTHONY GILLESPIE | ) |
| a.k.a. "AG" | ) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about November 29, 2012, in the Western District of Arkansas, Hot Springs Division, the Defendant, ANTHONY GILLESPIE, did knowingly and intentionally distribute a controlled substance, namely a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT TWO

On or about December 3, 2012, in the Western District of Arkansas, Hot Springs Division, the Defendant, ANTHONY GILLESPIE, did knowingly and intentionally distribute a controlled substance, namely a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT THREE

On or about December 5, 2012, in the Western District of Arkansas, Hot Springs Division, the Defendant, ANTHONY GILLESPIE, did knowingly and intentionally distribute a controlled substance, namely a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT FOUR

On or about December 10, 2012, in the Western District of Arkansas, Hot Springs Division, the Defendant, ANTHONY GILLESPIE, did knowingly and intentionally distribute a controlled substance, namely a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT FIVE

On or about December 14, 2012, in the Western District of Arkansas, Hot Springs Division, the Defendant, ANTHONY GILLESPIE, did knowingly and intentionally distribute a controlled substance, namely a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT SIX

On or about December 17, 2012, in the Western District of Arkansas, Hot Springs Division, the Defendant, ANTHONY GILLESPIE, did knowingly and intentionally distribute a controlled substance, namely a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A True Bill.

/s/ Grand Jury Foreperson
Foreperson

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: David A. Harris
Assistant U. S. Attorney
Arkansas Bar No. 2003104
414 Parker Avenue
Fort Smith, AR  72901
Telephone: 479-783-5125
E-mail: David.A.Harris@usdoj.gov